IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-1672 (PAC)

RAYLENE SANNER,

     Plaintiff(s),

v.

STERLING TRADING GROUP,
UNIVERSAL FX,
JERRY LEE, and
JOSEPH ARSENAULT,

     Defendant(s).
_____

## ORDER
_____

THIS MATTER is before the Court upon a review of the file.  On August 3, 2005, this Court Ordered Plaintiff to Show Cause, in writing, no later than Friday, August 12, 2005, why the Court should not enter an Order compelling Plaintiff to move for entry of default and default judgment pursuant to Fed. R. Civ. P. 55.  Plaintiff has failed to respond to the Court's Order to Show Cause.  To date, Defendant Universal FX has failed to file an Answer or otherwise respond to the Complaint.  It appears that this case is inactive and should be administratively closed.  Accordingly, it is

ORDERED that, pursuant to D.C.Colo.LR 41.1A, this case is administratively closed to be reopened for good cause shown.  Good cause may include the filing of a motion for entry of default and default judgment pursuant to Colo. R. Civ. P. 55.

Dated:  August 29, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge