IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-D-1672 (PAC)

RAYLENE SANNER,

    Plaintiff(s),

v.

STERLING TRADING GROUP,
UNIVERSAL FX,
JERRY LEE, and
JOSEPH ARSENAULT,

    Defendant(s).

_____

**ORDER OF DEFAULT**
_____

THIS MATTER is before the Court on Plaintiff's Motion for Default Judgement Pursuant to Fed. R. Civ. P. 55 as to Defendant Universal FX, filed September 26, 2005 ("Motion for Default"). On August 3, 2005, this Court issued a Order to Show Cause in writing no later than Friday, August 12, 2005, why the Court should not enter an Order compelling Plaintiff to move for entry of default and default judgment. Plaintiff failed to respond to the Order to Show Cause, and on August 29, 2005, this Court administratively closed this case to be reopened for good cause show. The August 29, 2005, Order stated that good cause may include the filing of a motion for entry of default and default judgment. I find that this case should be re-opened for consideration of Plaintiff's Motion for Default Judgment.

Plaintiff filed a Complaint in this matter on September 2, 2003, alleging that

Defendants fraudulently induced her to invest her money in certain commodities futures in foreign currencies. Defendant Universal FX entered its appearance in this case on October 17, 2003. However, as discussed in the August 3, 2005, Order to Show Cause, Defendant Universal FX has failed to file an Answer or other responsive pleading in this matter. Pursuant to Plaintiff's Affidavit, Exhibit 2 to her Motion for Default, Plaintiff sent Defendants a total of $160,000.00 to be invested in certain securities, commodities, futures and foreign currencies. Plaintiff states that she requested a refund of her money and was provided a partial refund of $59,791.93. Plaintiff maintains that Defendants' wrongful conduct caused losses to her in the amount of $100,208.07. The Court, having reviewed the Motion for Default, and being fully advised in the premises, grants Plaintiff's Motion for Entry of Default Judgment as to Defendant Universal FX. A default judgment is appropriate pursuant Fed. R. Civ. P. 55(b)(2) because Defendant has failed to plead or otherwise defend against the allegations in the Complaint. Further, I find that damages are for a sum certain pursuant to Rule 55(b).

Based on the foregoing, the Clerk of Court shall enter default judgment against Defendant Universal FX in the total amount of $100,208.07 pursuant to Rule 55(b)(1), as well as post-judgment interest pursuant to 28 U.S.C. § 1961 and costs.

In conclusion, it is

ORDERED that Plaintiff's Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55 as to Defendant Universal FX, filed September 26, 2005, is **GRANTED**. In accordances therewith, it is

FURTHER ORDERED that the Clerk of Court shall enter against Defendant

Universal FX a default judgment in the amount of $100,208.07, together with post-judgment interest at the statutory rate from the date of this Order of Default, plus costs.

Dated: October 13, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge