IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01672-WYD-PAC

RAYLENE SANNER,

    Plaintiff,

v.
UNIVERSAL FX, and
JOSEPH ARSENAULT,

    Defendants.
_____

**ORDER OF DEFAULT**
_____

    THIS MATTER is before the Court on Plaintiff's Motion for Default Judgment Based upon Clerk's Entry of Default Against Defendant Joseph Arsenault (filed July 2, 2006).  On August 3, 2005, this Court issued a Order to Show Cause in writing no later than Friday, August 12, 2005, why the Court should not enter an Order compelling Plaintiff to move for entry of default and default judgment.  Plaintiff failed to respond to the Order to Show Cause, and on August 29, 2005, this Court administratively closed this case to be reopened for good cause show.  The August 29, 2005, Order stated that good cause may include the filing of a motion for entry of default and default judgment.  I find that this case should be reopened for consideration of Plaintiff's Motion for Default Judgment.

    Plaintiff filed a Complaint in this matter on September 2, 2003, alleging that Defendants fraudulently induced her to invest her money in certain commodities futures in foreign currencies.  On September 30, 2004, Plaintiff caused Defendant Joseph

Arsenault to be personally served with the Summons and Complaint. Defendant Arsenault has failed to file an Answer or other responsive pleading in this matter. The Clerk of Court issued an Entry of Default against Arsenault on March 22, 2006.

Pursuant to Plaintiff's Affidavit, Exhibit 2 to Plaintiff's Motion for Default Judgment Pursuant to Fed.R.Civ.P. 55 as to Defendant Universal FX), Plaintiff sent Defendants a total of $160,000.00 to be invested in certain securities, commodities, futures and foreign currencies. Plaintiff states that she requested a refund of her money and was provided a partial refund of $59,791.93. Plaintiff maintains that Defendants' wrongful conduct caused losses to her in the amount of $100,208.07.

The Court, having reviewed the Motion for Default Judgment as to Defendant Arsenault, and being fully advised in the premises, grants Plaintiff's Motion for Default Judgment Based upon Clerk's Entry of Default Against Defendant Joseph Arsenault. A default judgment is appropriate pursuant Fed. R. Civ. P. 55(b)(2) because Defendant Arsenault has failed to plead or otherwise defend against the allegations in the Complaint. Further, I find that damages are for a sum certain pursuant to Rule 55(b).

Finally, it appears that Plaintiff has now obtained a default judgment as to the remaining Defendants in this case. A default judgment was obtained against Defendant Universal FX on October 14,. 2005, and I have granted the Motion for Default Judgment against Defendant Arsenault in this Order.[1] Accordingly, rather than administratively closing the case, the case is dismissed.

---

[1] Defendants Sterling Trading Group and Jerry Lee were previously stricken as Defendants pursuant to Minute Order dated June 14, 2005.

Based on the foregoing, it is

ORDERED that Plaintiff's Motion for Default Judgment Based upon Clerk's Entry of Default Against Defendant Joseph Arsenault is **GRANTED**. In accordance therewith, it is

ORDERED that the Clerk of Court shall enter a default judgment against Joseph Arsenault in the amount of $100,208.07, together with post-judgment interest at the statutory rate from the date of this Order of Default. Finally, it is

ORDERED that since the claims against all Defendants have been resolved, this case is **DISMISSED**.

Dated: July 6, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge